IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-04-99 |
| | § | C.A. No. C-05-407 |
| FABIAN PEREZ, | § | |
| | § | |
| Defendant/Movant. | § | |

# FINAL JUDGMENT

The Court enters final judgment denying defendant Fabian Perez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 30th day of October 2005.

_____
Janis Graham Jack
United States District Judge